**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

---

QCX LLC, d/b/a Polymarket US,

　　　　*Plaintiff*,

　　　　　　v.

DANA NESSEL, in her official capacity as Attorney General of Michigan; JIM ANANICH, in his official capacity as Board Chair of the Michigan Gaming Control Board; JONI M. THROWER DAVIS, in her official capacity as Member of the Michigan Gaming Control Board; ANDREW T. PALMS, in his official capacity as Member of the Michigan Gaming Control Board; DEIDRE A. LAMBERT-BOUNDS, in her official capacity as Member of the Michigan Gaming Control Board; MARK EVENSON, in his official capacity as Member of the Michigan Gaming Control Board; and HENRY WILLIAMS, in his official capacity as Executive Director of the Michigan Gaming Control Board,

　　　　*Defendant*s.

Hon. Paul L. Maloney

Case No.: 1:26-cv-00710-PLM-PJG

**ORAL ARGUMENT REQUESTED**

---

**PLAINTIFF QCX LLC'S MOTION FOR**
**TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Plaintiff QCX LLC, d/b/a Polymarket US, moves the Court for a temporary restraining order and preliminary injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure.

This Motion is based on the accompanying Memorandum of Law, the declarations and exhibits submitted in support, and any other written or oral argument that may be presented to the Court.

As contemplated by Local Rule 7.1(d)(i), undersigned counsel hereby certifies that on March 6, 2026, the undersigned counsel contacted presumptive counsel for Defendants to attempt to explain the nature of the anticipated motion, and requested that the parties avoid the need for a temporary restraining order by agreeing to an orderly briefing schedule on Plaintiff's preliminary

injunction motion, provided Defendants agree not to take any enforcement action against Plaintiff while that motion is pending.  As of the time of filing, Plaintiff has not received a response or concurrence from Defendants.  Plaintiff will immediately alert the Court if an agreement can be reached that obviates the need for emergency relief.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order granting this Motion for a Temporary Restraining Order and Preliminary Injunction, and awarding such other relief that the Court deems appropriate.

Date: March 6, 2026

Respectfully submitted,

*/s/ Derek J. Linkous*

GIBSON DUNN & CRUTCHER LLP
Orin Snyder*
Matt Benjamin*
200 Park Avenue
New York, NY 10166
(212) 351-4000
osnyder@gibsondunn.com
mbenjamin@gibsondunn.com

Thomas H. Dupree, Jr.
Jacob T. Spencer*
Adam I. Steene*
1700 M Street, N.W.
Washington, D.C. 20036
(202) 955-8500
tdupree@gibsondunn.com
jspencer@gibsondunn.com
asteene@gibsondunn.com

BUSH SEYFERTH PLLC
Patrick G. Seyferth (P47575)
Derek J. Linkous (P82268)
Nicole K. Haelterman (P82922)
100 West Big Beaver, Suite 400
Troy, MI 48084
(248) 822-7800
seyferth@bsplaw.com
linkous@bsplaw.com
haelterman@bsplaw.com

*Applications for admission forthcoming*

*Attorneys for Plaintiff QCX LLC, d/b/a Polymarket US*