UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

IN THE MATTER OF REASSIGNMENT
OF CASE Nos. 1:26-cv-730 and 1:26-cv-731          Administrative Order No. 26-CA-015
_____/

**WHEREAS** Magistrate Judge Phillip J. Green has determined that the cases *QCX LLC v. Dana Nessel, et al.*, Case No. 1:26-cv-0710-PLM, *Robinhood Derivatives, LLC, v. Dana Nessel, et al.*, Case No. 1:26-cv-0730-HYJ; and *Dana Nessel v. KalshiEX, LLC*, Case No. 1:26-cv-0731-RJJ, are cognate under W.D. Mich. LCivR 3.3.2(c);

**WHEREAS** Magistrate Judge Green has recommended that the two later-numbered cases be reassigned to the Honorable Paul L. Maloney, who is assigned to the earliest-filed case;

**WHEREAS** Judges Jarbou, Maloney, and Jonker have consented to the reassignment of the later-numbered cases to Judge Maloney;

**IT IS HEREBY ORDERED** that the Clerk of Court shall **REASSIGN** Case Nos. 1:26-cv-0730-HYJ and 1:26-cv-0731-RJJ to Judge Maloney.

**IT IS FURTHER ORDERED** that another case shall be assigned to Judges Jarbou and Jonker, according to the approved procedure.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **REASSIGN** the referral judge in Case No. 1:26-cv-0731 to Magistrate Judge Green.

A copy of this Administrative Order shall be filed in each case referenced herein.

FOR THE COURT:

Dated: March 11, 2026

_____
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE