**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

|  |  |
|---|---|
| QCX LLC, d/b/a Polymarket,<br><br>　　　　　　*Plaintiff*,<br><br>v.<br><br>DANA NESSEL, in her official capacity as<br>Attorney General of the State of Michigan,<br>*et al.*,<br><br>　　　　　　*Defendants*. | Civil Action No. 1:26-cv-00710 |

<u>**STIPULATION AND SCHEDULING ORDER ON PLAINTIFF'S MOTION FOR A**</u>
<u>**PRELIMINARY INJUNCTION**</u>

Plaintiff QCX LLC, d/b/a Polymarket US ("Polymarket") filed a Complaint for Declaratory Judgment and Injunctive Relief on March 4, 2026 (ECF No. 1), and a Motion for a Temporary Restraining Order and Preliminary Injunction on March 6, 2026 (ECF No. 13) ("Motion").  Counsel for Defendants Dana Nessel, Jim Ananich, Joni M. Thrower Davis, Andrew T. Palms, Deidre A. Lambert-Bounds, Mark Evenson, and Henry Williams ("Defendants") have conferred with counsel for Polymarket.  The parties, by and through their undersigned counsel, stipulate to the following and agree to the Court's entry of an order incorporating the following terms:

1.　　　The parties agree that Defendants' opposition brief to Plaintiff's Motion for Preliminary Injunction is due on or before April 21, 2026.

2.　　　Plaintiff's reply brief is due on or before May 5, 2026.

3.      The deadline for Defendants to file an answer to the Complaint for Declaratory and Injunctive Relief is stayed until 14 days after the Court enters an order deciding Plaintiff's Motion for Preliminary Injunction.

**IT IS SO ORDERED.**


Dated:  March 18, 2026                                         /s/  Paul L. Maloney
                                                                              Paul L. Maloney
                                                                              United States District Judge

Stipulated and Agreed:

By:  */s/ Lauren E. Fitzsimons*

Lauren E. Fitzsimons (P82997)
Felepe H. Hall (P59533)
Jason A. Geissler (P69322)
Assistant Attorneys General
Alcohol & Gambling Enforcement Div.
2860 Eyde Parkway
East Lansing, MI 48823
(517) 241-0210
FitzsimonsL@michigan.gov

**Counsel for Defendants**

Dated:  March 17, 2026

By:  */s/ Derek J. Linkous w/permission*

BUSH SEYFERTH PLLC
Patrick G. Seyferth (P47575)
Derek J. Linkous (P82268)
Nicole K. Haelterman (P82922)
100 West Big Beaver, Suite 400
Troy, MI 48084
(248) 822-7800
seyferth@bsplaw.com
linkous@bsplaw.com
haelterman@bsplaw.com

**Counsel for Plaintiff**