# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| QCX LLC, d/b/a Polymarket US,<br><br>*Plaintiff*,<br><br>vs.<br><br>DANA NESSEL, in her official capacity as Attorney General of Michigan; JIM ANANICH, in his official capacity as Board Chair of the Michigan Gaming Control Board; JONI M. THROWER DAVIS, in her official capacity as Member of the Michigan Gaming Control Board; ANDREW T. PALMS, in his official capacity as Member of the Michigan Gaming Control Board; DEIDRE A. LAMBERT-BOUNDS, in her official capacity as Member of the Michigan Gaming Control Board; MARK EVENSON, in his official capacity as Member of the Michigan Gaming Control Board; and HENRY WILLIAMS, in his official capacity as Executive Director of the Michigan Gaming Control Board,<br><br>*Defendant*s. | Case No.: 1:26-cv-00710-PLM-PJG<br><br>Hon. Paul L. Maloney<br><br>Magistrate Judge Phillip J. Green |

## ORDER

The parties' Joint Motion For A Stay Of Proceedings Pending Appeal is **GRANTED**.

**IT IS ORDERED** that this case is stayed pending the Sixth Circuit's resolution of Plaintiff's appeal. Dkt. 42. The parties shall file a joint status report detailing the status of this litigation within 14 days of resolution of the appeal.

DATED:    August 5    , 2026

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge

1